1
2
3
4
5
6
7

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  IN RE: BEXTRA AND CELEBREX<br>MARKETING, SALES PRACTICES AND<br>12  PRODUCTS LIABILITY LITIGATION | )  Case No. M:03-CV-01699-CRB<br>)<br>)  MDL No. 1699<br>) |
| 13  ———————————————————<br>This document relates to:<br>14 | )  JUDGE BREYER<br>)<br>)  **STIPULATION AND ORDER OF** |
| **L. E. GLENN**<br>15  **Individual Case No. 3:06-cv-00455-CRB** | )  **DISMISSAL ONLY AS TO CASE**<br>)  **NUMBER 4:05-cv–01031-ODS,**<br>)  **ORIGINALLY FILED IN THE** |
| 16  ——————————————————— | **WESTERN DISTRICT OF MISSOURI** |

17        **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and

18   counsel for Defendants that the Complaint of Plaintiff L. E. Glenn, Case Number 4:05-cv-01031-

19   ODS, originally filed in the Western District of Missouri on October 21, 2005 and later transferred

20   to MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability*

21   *Litigation*, with the assigned individual case number 3:06-cv-00455-CRB, may be and is hereby

22   dismissed without prejudice.

23        **This Stipulation and Order of Dismissal does not relate to nor does it have any effect**

24   **upon the following action within which L. E. Glenn is also a named plaintiff: L. E. Glenn *v.***

25   ***G.D. Searle & Co.*, Case Number CV05-06247-AHM (JTLx) (a "Celebrex" complaint),**

26   **originally filed in the Central District of California.**

27        The parties hereby stipulate that Plaintiff will proceed in the MDL only through the

28   California action, and jurisdiction and venue for the trial of the action will be proper in whichever of

1    the following is selected by Pfizer: San Francisco, Los Angeles, Missouri.

2          The parties shall each bear their own costs.

3

4    Dated: April 21, 2006                    ROBINSON, CALCAGNIE & ROBINSON

5

6                                             Mark P. Robinson, Jr., SBN054426
                                             mrobinson@rcrlaw.net
7                                            Carlos A. Prietto, III, SBN 166410
                                             cprietto@rcrlaw.net
8                                            Ted B. Wacker, SBN 157416
                                             twacker@rcrlaw.net
9                                            620 Newport Center Drive, 7th Floor
                                             Newport Beach, CA 92660
10                                           Telephone: (949) 720-1288
                                             Fax: (949) 720-1292
11
                                             -AND-
12
                                             Samuel M. Wendt, MO #53573
13                                           David Peterson, MO #32229
                                             PETERSON & ASSOCIATES, P.C.
14                                           801 West 47th Street, Suite 107
                                             Kansas City, MO 64112-1253
15                                           Telephone: (816) 531-4440
                                             Fax: (816) 531-0660
16
                                             *Counsel for Plaintiff*
17                                           L.E. GLENN

18

19   Dated: April 24, 2006                   GORDON & REES

20

21                                           Stuart M. Gordon, Esq.
                                             sgordon@gordonrees.com
22                                           Embarcadero Center West
                                             275 Battery Street, 20th Floor
23                                           San Francisco, CA 94111
                                             Telephone: (415) 986-5900
24                                           Fax: (415) 986-8054

25                                           *Defendants' Liaison Counsel*

26

27

28

STIPULATION AND ORDER OF DISMISSAL

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2

3   Dated: __ May 12, 2006 _____

                    HONORABLE CHARLES

*IT IS SO ORDERED*

*Judge Charles R. Breyer*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

STIPULATION AND ORDER OF DISMISSAL